Page 1 of 2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

DONALD MITCHELL

Case Number: **6:99-cr-69-Orl-19KRS**

USM Number: **62170-004**

Peter Warren Kenny, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found in violation of charge numbers Two, Three and Five of the term of supervision (paragraphs three, four and one respectively of the Superseding Petition). The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two (Para. Three) | Grand Theft Auto. (Supervision Condition) | September 11, 2008 |
| Three (Para. Four) | Travel outside the district without permission. (Standard Condition 1) | September 11, 2008 |
| Five (Para. One) | Failure to notify the probation Officer within 72 hours of being arrested or questioned by Law Enforcement. (Standard Condition 11) | September 11, 2008 |

The government withdrew the three remaining violations, one (Para.2), four (Para. 5) and six (Para. 6) and the defendant was not adjudicated on these violations.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/18/2008

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

November 20, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

**DONALD MITCHELL**  Page 2 of 2
**6:99-cr-69-Orl-19KRS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Twenty-Five Months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

Donald Mitchell

DOCKET NO: 6:99-Cr-69-ORL-19KRS

**Superseding Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. 198, filed 9/23/2008), *#186* Report and Recommendation of the United States Magistrate Judge (Doc. No. 205, filed 10/27/2008) and Order to Show Cause at Final Revocation Hearing (Doc. No. 207, filed 10/29/2008) at a hearing held 10/27/08, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved, or ___ rejected. *The objections of Defendant are overruled after the Court conducted a de novo review of the record.*

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty:  Yes  or  No

| | | | |
|---|---|---|---|
| ☐ | ☑ | 1) | New criminal conduct, Motor Vehicle Theft, Burglary of a Conveyance, and Trespassing, occurring on July 29, 2008, in Seminole County, Florida, while on supervision in violation of the conditions of supervision: (DISPOSITION PENDING) (Grade B Violation) |
| ☑ | ☐ | 2) | New criminal conduct, Grand Theft Auto, occurring on August 25, 2008, in Duval County, Florida, while on supervision in violation of the conditions of supervision: (DISPOSITION PENDING) (Grade B Violation) |
| ☑ | ☐ | 3) | Travel outside the district without permission in violation of Condition Number One of the Standard Conditions of Supervision (Grade C Violation) |
| ☐ | ☑ | 4) | Failure to notify ten days prior to any change in residence in violation of Condition Number Six of the Standard Conditions of Supervision (Grade C Violation) |
| ☑ | ☐ | 5) | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of the Standard Conditions of Supervision (Grade C Violation) |

1

☐    ☑    6)    Failure to participate in Mental Health Counseling in violation of the Special Condition (Grade C Violation)

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

__B__ is the Highest Grade violation, and

__VI__ is the original Criminal History Category, which calls for

__21__ to __25__ months imprisonment, and

__25__ (months) is the Maximum Statutory penalty, and

__5__ (years) is the Maximum Statutory term of Supervised Release (Minus 11 months and any additional term of incarceration imposed)

**Objections**    Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

2

## SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf ~~or have waived the opportunity to do~~ so.

**Adoption of Report and Recommendation**  The Report and Recommendation of the United States Magistrate Judge (Doc. No. _205_) is **ADOPTED AND APPROVED**, there being objections filed.

**Superseding Petition Granted**  The Petition on Probation and Supervised Release (Doc. No. _186_) is **GRANTED** and the Superseding Petition on Probation and Supervised Release (Doc. No. _198_, filed _9/23/08_) is **GRANTED** and the defendant's supervised release (Doc. No. _161 and 169_, filed _9/25/07_) is: _Revoked_

**Revoked**  The Court therefore **ORDERS** that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of _25_ YEARS/MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

3

**Consecutive Federal/State**   The term of imprisonment imposed by this judgment shall run consecutively with the defendant's terms of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number: 592008CF003827A, Circuit Court/Seminole County; and Docket Number: 16-2008-CF-013069, Circuit Court/Duval County, Florida.

**Remand To Custody**   The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**Recommendation to Bureau of Prisons**   While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

**No New term of Supervised Release**   Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of Supervised Release**

~~Upon release from imprisonment, the defendant shall serve a _____ YEAR/MONTH term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:~~ ✓

OR

**Reinstated to Supervised Release**

~~The defendant is hereby reinstated to supervision. All previous special conditions remain intact.~~ ✓

~~The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _____. All previously ordered special conditions remain intact.~~ ✓

The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions: ✓

5

## SPECIAL CONDITIONS

**Home Detention**  The defendant shall participate in the Home Detention program for a period of __ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**  The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

6

**Mental Health**  The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement**  The defendant shall reside in a Residential Re-entry Center for a period of ____ days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at his own expense before entering the program.

**RRC/CSC Confinement**  The defendant shall reside in a Residential Re-entry Sanctions Center for a period of ____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff.

| | |
|---|---|
| **Community Service** | The defendant shall perform ____ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive. |
| **DNA Collection Policy** | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| **Waiver of Mandatory Drug Testing** | The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year. |
| **Mandatory Drug Testing** | The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year. |
| **Fine Monthly Payments** | The defendant shall pay a fine in the amount of $____. The defendant shall begin making payments of $____ per month, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay and the Court modifies the schedule. |
| | The defendant shall pay a fine in the amount of $____. While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. Upon release from custody, the defendant's financial circumstances will be evaluated, and the Court may establish a new payment schedule. |

8

**Factors Enumerated In 18 U.S.C. § 3553/Advisory Guidelines**

In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**

The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**

The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

9